IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ARLENE BROWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:26-cv-00283-RWS |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) | DEFENDANT DEMANDS TRIAL BY JURY |
| | ) | |
| Defendant. | ) | |

## DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S PETITION

COMES NOW Defendant State Farm Mutual Automobile Insurance Company, by and through its attorneys, and for its Answer to Plaintiff's Petition states:

1. Defendant admits the allegations contained in Paragraph 1 and that it is an insurance company authorized to do business in the State of Missouri.

2. Defendant otherwise denies the allegations contained in Paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27 of Plaintiff's Petition.

3. For further answer and defense, Defendant states that any recovery by Plaintiff should be reduced proportionate with Plaintiff's comparative fault and negligence contributing to cause Plaintiff's loss and damages.

4. For further answer and defense, Defendant states that any recovery by Plaintiff should be reduced proportionate to Plaintiff's failure to mitigate her loss and damages.

WHEREFORE, having fully answered, Defendant State Farm Mutual Automobile Insurance Company prays to be dismissed hence with its costs herein expended.

/s/ **Daniel E. Wilke**
Daniel E. Wilke #24464
James A. Wilke #51242
WILKE & WILKE, P.C.
Attorneys for Defendant
2708 Olive Street
St. Louis, Missouri 63103
(314) 371-0800
Fax: 314-371-0900
wilke@wilkewilke.net
jwilke@wilkewilke.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that I signed the original of this document and that the signed original will be maintained for a period of time not less than the maximum time allowed to complete the appellate process. I hereby certify that on February 27, 2026 the foregoing was filed electronically with the Clerk of Court to be served via operation of the Court's electronic filing system upon the following:

J. Matthew French
Morgan & Morgan
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-955-1032
Fax: 314-955-1056
Email: mfrench@forthepeople.com
Attorneys For Plaintiff

                     **/s/ Daniel E. Wilke**

DEW:ksw